IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MUTEULLO NABIEV                  :        CIVIL ACTION
                                 :
        v.                       :
                                 :
JAMAL L. JAMISON, et al.         :        NO. 26-2001

ORDER

AND NOW, this 1st day of April 2026, it is hereby

ORDERED that petitioner Muteullo Nabiev shall not be transferred

out of the Eastern District of Pennsylvania pending further

order of this court.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.